USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 03 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | )
MANHATTAN STEAMBOAT COMPANY, | )
LLC and DORIT ZEEVI-FARRINGTON, | )
on behalf of themselves and all others | )
similarly situated, | )
| )
Plaintiffs, | )
| )
v. | ) 13cv5580(GBD)
| )
AMERICAN EXPRESS COMPANY, | )
AMERICAN EXPRESS TRAVEL RELATED | )
SERVICES, INC., and AMERICAN | )
EXPRESS BANK, F.S.B., | ) **NOTICE OF SETTLEMENT AND**
| ) **INTENT TO DISMISS**
Defendants. | )
| )

SO ORDERED:

_George B. Daniels_
George B. Daniels, U.S.D.J.

JUN 03 2014

COME NOW Plaintiffs Manhattan Steamboat Company, LLC and Dorit Zeevi-Farrington and Defendants American Express Company, American Express Travel Related Services, Inc. and American Express Bank, F.S.B., hereby notify the Court that that they have reached a settlement in the above-captioned case. A formal settlement agreement is being drafted and will be circulated for execution by all parties shortly. The Parties anticipate that a Mutual Dismissal with Prejudice will be filed in the next 30 days.

WHEREFORE, the Parties request that the Court hold all deadlines in abeyance in anticipation of the final resolution of this litigation.

Dated: May 30, 2014                          SQUITIERI & FEARON, LLP


                                             By:   /s/ Stephen J. Fearon, Jr.
                                                   ─────────────────────────
                                                   Stephen J. Fearon, Jr.
                                                   32 East 57th Street, 12th Floor
                                                   New York, NY 10022
                                                   Phone: (212) 421-6492
                                                   Fax: (212) 421-6553


Dated: May 30, 2014                          WEBB, KLASE & LEMOND, LLC


                                             By:   /s/ E. Adam Webb
                                                   ─────────────────────────
                                                   E. Adam Webb
                                                   1900 The Exchange SE, Suite 480
                                                   Atlanta, GA 30339
                                                   Phone: (770) 444-0773
                                                   Fax: (770) 217-9950

                                             Attorneys for Plaintiffs


Dated: May 30, 2014                          STROOCK & STROOCK & LAVAN LLP


                                             By:   /s/ Joseph E. Strauss
                                                   ─────────────────────────
                                                   Joseph E. Strauss
                                                   180 Maiden Lane
                                                   New York, NY 10038
                                                   Phone: (212) 806-5400
                                                   Fax: (212) 806-6006

                                             Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

>Joseph E. Strauss, Esq.
>Stroock & Stroock & Lavan LLP
>180 Maiden Lane
>New York, NY 10038-4982
>
>David W. Moon, Esq.
>Stroock & Stroock & Lavan LLP
>2029 Century Park East
>Los Angeles, CA 90067

DATED this 30th day of May, 2014.

>By: */s/ E. Adam Webb*
>E. Adam Webb