UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
MANHATTAN STEAMBOAT COMPANY,          )
LLC and DORIT ZEEVI-FARRINGTON,       )
on behalf of themselves and all others )
similarly situated,                   )
                                      )
    Plaintiffs,                       )
                                      )
v.                                    )   13cv5580(GBD)
                                      )
AMERICAN EXPRESS COMPANY,             )
AMERICAN EXPRESS TRAVEL RELATED       )
SERVICES, INC., and AMERICAN          )
EXPRESS BANK, F.S.B.,                 )   **STIPULATION OF DISMISSAL**
                                      )
    Defendants.                       )
_____)

    The Plaintiffs Manhattan Steamboat Company, LLC and Dorit Zeevi-Farrington, on behalf of themselves (collectively, "Plaintiffs"), and the Defendants American Express Company, American Express Travel Related Services Company, Inc., and American Express Bank, FSB (collectively, "American Express"), by their respective counsel, pursuant to Rule 41(a)(1)(A)(ii), have agreed to enter a joint stipulation of dismissal with prejudice as follows:

    1.    Plaintiffs and American Express have consented to a dismissal with prejudice of this action.

    2.    Each party agrees to bear its own costs of this action.

    3.    This action is hereby DISMISSED WITH PREJUDICE.

Dated:  July 25, 2014                    WEBB, KLASE & LEMOND, LLC


By:    */s/ E. Adam Webb*
  E. Adam Webb
  1900 The Exchange SE, Suite 480
  Atlanta, GA 30339
  Phone: (770) 444-0773

Attorney for Plaintiffs


Dated:  July 25, 2014                    STROOCK & STROOCK & LAVAN LLP


By:    */s/ David W. Moon*
  David W. Moon
  2029 Century Park East, Suite 1800
  Los Angeles, CA 90067-3086
  (310) 556-5967
  (310) 556-5959 (fax)

Attorneys for Defendants

LA 51783134v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a notice to the counsel of record listed below:

Joseph E. Strauss, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David W. Moon, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067

    DATED this 25th day of July, 2014.

                                                                By:  */s/ E. Adam Webb*
                                                                      E. Adam Webb

LA 51783134v1